**90–1868.**   State v. Combs.   *Hamilton County,* No. C–880156.   Reported at 62 Ohio St.3d 278, 581 N.E.2d 1071.   On motion for rehearing.   Rehearing denied.

H. BROWN, J., dissents.

**91–895.**   State, ex rel. Fant, v. Bd. of Trustees, Greater Cleveland Regional Transit Authority. *Cuyahoga County,* No. 60729.   Reported at 62 Ohio St.3d 276, 581 N.E.2d 558.   On motion for rehearing.   Rehearing denied.

MOYER, C.J., not participating.

**91–1059.**   State, ex rel. Fant, v. Mengel.   *Franklin County,* No. 90AP–1314.   Reported at 62 Ohio St.3d 197, 580 N.E.2d 1085.   On motion for rehearing.   Rehearing denied.

MOYER, C.J., not participating.

**91–1157.**   State, ex rel. Hand, v. Cuyahoga Cty. Probate Court.   *Cuyahoga County,* No. 61625. Reported at 62 Ohio St.3d 110, 579 N.E.2d 704.   On motion for rehearing.   Rehearing denied.